**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| KELLY KENNEDY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:22-cv-01091 (CJN) |
| | ) | |
| DEPARTMENT OF DEFENSE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

**THIRD JOINT STATUS REPORT**

Pursuant to the Court's July 11, 2022 Minute Order, the parties' third joint status report is set forth below.

On August 16, 2021, Defendant's Office of Prepublication and Security Review (DOPSR) acknowledged receiving a manuscript submitted by Plaintiff Kelly Kennedy. The manuscript was assigned case number 21-SB-0172. Subsequently, DOPSR referred the manuscript to three entities for prepublication review. One of those three entities referred the manuscript to a fourth entity. All relevant entities have completed their review and DOPSR is currently preparing a redacted version of the manuscript. DOPSR expects that the redacted manuscript will be prepared on or before September 2, 2022.

Undersigned counsel continue to confer about next steps in the ongoing prepublication review. Because counsel are actively working to resolve a number of issues, the parties anticipate filing another status report containing additional detail in one week, *i.e.*, on August 16, 2022.

1

Dated: August 9, 2022                                    Respectfully submitted,

/s/ Mark S. Zaid                                         BRIAN M. BOYNTON
Mark S. Zaid, Esq.                                       Principal Deputy Assistant Attorney General
D.C. Bar #440532
Bradley P. Moss, Esq.                                    ANTHONY J. COPPOLINO
D.C. Bar #975905                                         Deputy Branch Director
Mark S. Zaid, P.C.                                       Federal Programs Branch
1250 Connecticut Avenue, N.W.
Suite 700                                                /s/ Michael J. Gaffney
Washington, D.C. 20036                                   MICHAEL J. GAFFNEY
(202) 454-2809                                           Trial Attorney (D.C. Bar No. 1048531)
(202) 330-5610 fax                                       United States Department of Justice
Mark@MarkZaid.com                                        Civil Division, Federal Programs Branch
Brad@MarkZaid.com                                        1100 L St. NW
                                                         Washington, D.C.  20530
Counsel for Plaintiff                                    Telephone:    (202) 514-2356
                                                         Facsimile:    (202) 616-8470
                                                         E-mail:       Michael.J.Gaffney@usdoj.gov

                                                         Counsel for Defendants